👉 **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,         :

            - v. -                :    NOTICE OF INTENT TO
                                       FILE AN INFORMATION
GARRETT D. SANTILLO,              :

            Defendant.             :    **07CRIM 945**

- - - - - - - - - - - - - - x

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         September 25, 2007

                                   MICHAEL J. GARCIA
                                   United States Attorney

                          By:     _____
                                   THOMAS C. A. BROWN
                                   Assistant United States Attorney

                                   AGREED AND CONSENTED TO:

                          By:     _____
                                   ANTHONY R. DECHELLO, ESQ.
                                   Attorney for Defendant

*JUDGE CASTEL*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/07

TOTAL P.02

9/26/07  WHEEL A