UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        - v. -     :    **INFORMATION**

GARRETT D. SANTILLO,     :    07 Cr. ( )

        Defendant.     :

- - - - - - - - - - - - - - - - - x

07 CRIM 945

### COUNT ONE

The United States Attorney charges:

1. On or about December 29, 2006, in the Southern District of New York and elsewhere, GARRETT D. SANTILLO, the defendant, unlawfully, knowingly, and willfully, transmitted in interstate and foreign commerce communications containing threats to injure the person of another, to wit, SANTILLO, in a message transmitted from Connecticut and posted on the website of a company located in New York, New York, in substance and in part, threatened to kill employees of the company unless it stopped selling certain products.

(Title 18, United States Code, Section 875(c).)

                              _____
                              MICHAEL J. GARCIA
                              United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

October 10, 2007 - Information filed.
October 10, 2007 - The defendant Garrett D. Santillo and his attorney Anthony R. DeCaillo are present. AUSA Thomas A. G. Brown is present. Court Reporter Sam Mauro is present. See transcript. The defendant waives indictment. The defendant pleads guilty to Count One. The Court accepts the plea. The P.S.I. is ordered. Sentencing is scheduled for January 10, 2008 at 9:30a. Bail is continued. Defendants application to be re-released on January 10 Santillo's oral application to appear pro hac vice is granted.
Castel J.