JUDGE CASTEL 07 CRIM 945

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

GARRETT D. SANTILLO,

                    Defendant.

<u>WAIVER OF INDICTMENT</u>

07 Cr. ___ (  )


          GARRETT D. SANTILLO, the above-named defendant, who is accused of violating Title 18, United States Code, Section 875(c), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.


_____
GARRETT D. SANTILLO
Defendant.

_____
WITNESS

_____
ANTHONY R. DECHELLO
Attorney for Defendant


Date:    New York, New York
         October 10, 2007


0293

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____ OCT 1 0 2007