SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA     Plaintiff,

- against -

GARRETT SANTILLO     Defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07
```

_____ cv _____ ( )

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

07 ~~MAG. 632~~
CR 0945 (PKC)

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, GREGORY J. GALLO a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: ANTHONY R. DeCHELLO, ESQ
Firm Name: The Pellegrino Law Firm
Address: 475 Whitney Avenue
City/State/Zip: New Haven, CT 06511
Phone Number: (203) 787-2225
Fax Number: (203) 787-6810

ANTHONY R. DeCHELLO, ESQ is a member in good standing of the Bar of the States of Connecticut

There are no pending disciplinary proceeding against ANTHONY R. DeCHELLO, ESQ in any State or Federal court.

Dated: July 3, 2007
City, State: New Haven, CT

Respectfully submitted,

Sponsor's
SDNY Bar: GG-4359
Firm Name: The Pellegrino Law Firm
Address: 475 Whitney Avenue
City/State/Zip: New Haven, CT 06511
Phone Number: (203) 787-2225
Fax Number: (203) 787-6810

Applicant granted. SO ORDERED
[signature] USDJ
10-11-07

SDNY Form Web 10/2006