DOC # 16

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

U.S. DISTRICT COURT FILED OCT 09 2007 S.D. OF N.Y.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| UNITED STATES OF AMERICA | Plaintiff, |
|---|---|
| - against - | |
| GARRETT SANTILLO | Defendant. |

____ cv _____ (__)

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

~~07-MAG. 632~~ (07 cr 945 (PKC)) ← File in

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, GREGORY J. GALLO a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: ANTHONY R. DeCHELLO, ESQ
Firm Name: The Pellegrino Law Firm
Address: 475 Whitney Avenue
City/State/Zip: New Haven, CT 06511
Phone Number: (203) 787-2225
Fax Number: (203) 787-6810

ANTHONY R. DeCHELLO, ESQ is a member in good standing of the Bar of the States of Connecticut

There are no pending disciplinary proceeding against ANTHONY R. DeCHELLO, ESQ in any State or Federal court.

Dated: July 3, 2007
City, State: New Haven, CT

Respectfully submitted,

Sponsor's
SDNY Bar GG-4359
Firm Name: The Pellegrino Law Firm
Address: 475 Whitney Avenue
City/State/Zip: New Haven, CT 06511
Phone Number: (203) 787-2225
Fax Number: (203) 787-6810

Granted
SO ORDERED
[signature]
USDJ
10-18-07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07

628993 $25 10-9-07 MG

SDNY Form Web 10/2006

**MEMO ENDORSED**