# The Pellegrino Law Firm
A PROFESSIONAL CORPORATION

BERNARD PELLEGRINO (1929-  
BERNARD A. PELLEGRINO  
FRANK M. MORGILLO  
MICHAEL D. SAFFER*  
ANTHONY R. DECHELLO  
STEPHEN R. BELLIS  
FRANCES B. GRANQUIST  
BERNARD PELLEGRINO  
MAUREEN E. BURNS  
GAYLE A. SIMS  
GIA SCHIOPPO CALISTRO**  
GREGORY J. GALLO***

**MEMO ENDORSED**

USDS SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 3/20/08

* Admitted in Massachusetts
*** Admitted in New York

March 20, 2008

Drew T. D'Agostino  
Courtroom Deputy Clerk  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

*Via Fax:* (212) 805-7949

*Re:* **USA v. Garrett Santillo**  
**Docket No. 07-CR 945-01 (PKC)**  
**Our File No. S0992001**

Dear Mr. D'Agostino:

Please accept this letter as a request for a two week continuance concerning the above matter to April 7, 2008. Both the Defendant, Garrett Santillo, and I have been scheduled to appear before the State of Connecticut Superior Court concerning his State Court charges on Monday, March 24, 2008, where I expect he will enter a plea.

In light of the above, it is impossible to appear in Federal Court on the same date.

If possible, I also request an opportunity to address the Court, perhaps in the form of a "pre-trial conference" with opposing counsel prior to the newly scheduled Court date. If it is also possible to schedule a time for such a conference prior to the new Court date, I would appreciate it.

Should you have any questions or wish any additional information, please do not hesitate to contact me.

Very truly yours,

*/s/ Anthony R. DeChello*

ANTHONY R. DECHELLO  
ARD/pmd  
cc: Thomas G. A. Brown, Esq.  
    Christopher Ferrall

[Handwritten memo endorsement: I do not address matters arising in the course of a criminal matter in Court but out of the presence of a defendant and accordingly the request for a ptc with opposing counsel is denied. The completion of the sentencing proceeding should take no more than ten minutes; I will adjourn to April 7, 2008 at 9:30. SO ORDERED. /s/ P. Kevin Castel USDJ 3-20-08]

475 WHITNEY AVENUE NEW HAVEN, CT 06511  
Tel (203) 787-2225 Fax (203) 777-2096  
E-Mail (attorney's initials)@pellegrinolawfirm.com  
WEB SITE: www.pellegrinolawfirm.com

TOTAL P.02