# The Pellegrino Law Firm
A PROFESSIONAL CORPORATION

# MEMO ENDORSED

BERNARD PELLEGRINO (1929-1984)
BERNARD A. PELLEGRINO
FRANK M. MORGILLO
MICHAEL D. SAFFIR*
ANTHONY R. DECHELLO
STEPHEN R. BELLIS
FRANCES H. GRANQUIST
BERNARD PELLEGRINO
MAUREEN E. BURNS
GAYLE A. SIMS
GIA SCHIOPPO CALISTRO**
GREGORY J. GALLO**

\* Admitted In Massachusetts
\*\* Admitted in Rhode Island
\*\*\* Admitted in New York

April 2, 2008

Honorable P. Kevin Castel
U.S. District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Via Telefax (212) 805-7949

RE: Docket No. 07 CR 945-01 (PKC)
United States of America v. Garrett D. Santillo
Our File No. S0992001

Dear Judge Castel:

As counsel for the Defendant, Garrett Santillo, I respectfully request an adjournment of the sentencing proceeding scheduled in the above matter for Monday, April 7, 2008 at 9:30 a.m. for a period of two (2) weeks.

This request is made as a result of the need to obtain additional information from the Connecticut Department of Mental Health and Addiction Services ("DMHAS") which, based on information provided to date, appears prepared to accept the Defendant into a confinement program similar, from a treatment perspective to the Special Populations Program, which the Defendant previously participated in.

The requested adjournment will enable counsel for the Defendant to obtain the precise details as to the nature of the program which might be of benefit to the Court in terms of any decisions it may make related to (i) a potential reconsideration of its sentencing decision, (ii) whether the Court determines to make the Defendant's Federal sentence concurrent with the Defendant's State criminal sentence, and (iii) whether the Court's wishes to indicate its willingness or consent to allow the Federal Bureau of Prisons to designate a Connecticut State correctional facility or perhaps the DMHAS facility as a place for his Federal incarceration, after appropriate investigation by the Federal Bureau of Prisons.

I appreciate your consideration of this matter and look forward to your response.

475 WHITNEY AVENUE  NEW HAVEN, CT 06511
Tel (203) 787-2225  Fax (203) 777-2096
E-Mail (attorney's initials)@pellegrinolawfirm.com
WEB SITE: www.pellegrinolawfirm.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

---

**Handwritten memo endorsement:**

The second occurred after the completion of the sentencing proceeding.

While I have not yet received or reviewed the sentencing minutes, Mr. Santillo's outburst disrupted the sentencing proceedings twice. After the first outburst, upon due inquiry, I learned that the defendant was ready to proceed. The second outburst occurred (as did the first) after I announced what the sentence would be. I observed Mr. Santillo seated in a chair at a table slither from his chair — with several forward moves on his part — on to the floor. This was a volitional act that required considerable agility on his part. The proceeding was then adjourned.

At that point, I was about to — or perhaps in the process of informing Mr. Santillo of his appellate rights. No satisfactory showing has been made as to why I should revisit any part of the proceeding previously concluded. The pronouncement of sentence by the Court was not the floating suggestion by the Court of what the sentence could be.

That said, I will adjourn from April 7 to May 7, 2008 at 9:45am. SO ORDERED.

USDJ
4-2-08

4/2/2008
Page 2

Respectfully,

/s/ Anthony R. DeChello
ANTHONY R. DECHELLO
ARD/pmd
Enclosure
cc:     Thomas G. A. Brown, Esq.
        Christopher Ferrall
        Garrett Santillo
        William Santillo