# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**NOTICE OF APPEARANCE**

Case Number: **07-CR-94501 (PKC)**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**MR. GARRET SANTILLO**

I certify that I am admitted to practice in this court.

Date: April 23, 2008          Signature: / John Meringolo/

JOHN C. MERINGOLO

Bar No. 3487

11 EVANS STREET

BROOKLYN, NY 11201

PHONE: (212) 397 – 7900

FAX (212) 202-4936