**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 9/5/2008

Local Criminal Notice of Appeal Form.

NOTICE OF APPEAL
United States District Court

Southern District of New York

USA v Santillo

Docket No.: 07 cr 00945

Judge Castel
(District Court Judge)

Notice is hereby given that __Garrett Santillo__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [X], other [ ] _____
(specify)

entered in this action on __9/4/08__
(date)

Offense occurred after November 1, 1987   Yes [X]   No [ ]

This appeal concerns: Conviction only [ ]   Sentence only [X]   Conviction and Sentence [ ]

Date _____
TO
AUSA Tom Brown
1 St Andrews
NY NY

JOHN MERINGOLO
(Counsel for Appellant)
Address: 11 EVANS Street
Brooklyn NY 11201

Telephone Number: 347 599-0992

ADD ADDITIONAL PAGE (IF NECESSARY)

---

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |

[X] I am ordering a transcript
[ ] I am not ordering a transcript
Reason
[ ] Daily copy is available
[ ] U.S. Attorney has placed order
[ ] Other. Attach explanation

Prepare transcript of      Dates
[ ] Prepare proceedings _____
[ ] Trial _____
[X] Sentencing _____
[ ] Post-trial proceedings _____

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment   [ ] Funds [ ]   CJA Form 24 [ ]

ATTORNEY'S SIGNATURE _____   DATE 9/5/08

▶ COURT REPORTER ACKNOWLEDGMENT   To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney.
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05